UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 SEP -1 AM 9:12

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Carlos Alberto Rolon (2),

Defendant.

CASE NO. 11cr2961

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Information:

21:952 and 960 ; 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/31/11

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE